
UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 3:10cr73 |
| v. | **ORDER** |
| (1) GABRIEL CISNEROS, and<br>a/k/a "Smiley"<br>(2) DANNY ALEXANDER JIMENEZ,<br>a/k/a "D" | |

**UPON MOTION** of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment be unsealed in this matter.

**IT IS HEREBY ORDERED** that the Indictment be immediately unsealed until further order of this Court.

This the 29th day of April, 2010.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE